James Darnell SCOTT, Plaintiff–Appellant,

v.

Albert PEARSON, Responsible Authority over South Carolina Dept. of Corrections Special Investigation Unit; Jannita Gaston, South Carolina Dept of Correction State Classification; William Byars, South Carolina Department of Corrections Director; Warden Anthony Padula; Associate Warden Margaret Bell; Associate Warden John Brooks; Major James Dean; Ms. Reames, Institution Classification Chairperson, Defendants–Appellees.

No. 15–6365.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2015.

Decided: Aug. 31, 2015.

James Darnell Scott, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Darnell Scott appeals the district court's order adopting the report and rec-

ommendation of the magistrate judge and granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) action. In light of our recent decision in *Incumaa v. Stirling,* 791 F.3d 517 (4th Cir.2015), we vacate the district court's order and remand for further proceedings consistent with *Incumaa.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED.*